**In re REY CAFE COFFEE SERVICES, LTD.**

**Edward J. CUNION, Appellant,**

**v.**

**Robert N. SINGER, Rey Cafe Coffee Company, Inc., Luther Stewart and Raymond Flores, Appellees.**

**Bankruptcy No. 82–00689MA.**

**CIV 82–1315 HB.**

United States District Court,
D. New Mexico.

Dec. 6, 1982.

**ORDER**

This matter comes on upon the motion to dismiss the appeal of the movant Edward J.

Cunion. It appears that no leave has been granted to file the appeal from an interlocutory order of the Bankruptcy Court, 24 B.R. 680 (Bkrtcy.), denying movant Cunion's motion to dismiss the involuntary petition in bankruptcy against him; Therefore,

IT IS ORDERED that the appeal of Edward J. Cunion is dismissed.